# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138018(65)

RODNEY HOOVER and MAXINE HOOVER,
Conservators of the Estate of MICHAEL
HOOVER, a Developmentally Disabled Person,
   Plaintiffs-Appellants,

v

             SC: 138018
             COA: 278237
             Genesee CC: 86-085769-NZ

MICHIGAN MUTUAL INSURANCE
COMPANY, a/k/a AMERISURE,
    Defendant-Appellee.

_____

  On order of the Chief Justice, the motion by John A. Braden for leave to file a brief *amicus curiae* is considered and it is GRANTED.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2009

_____
       Clerk